413 A.2d 1111

Commonwealth v. Rinier, Jr., Appellant.

Submitted December 8, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Joseph C. Madenspacher, Assitant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.